**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2122**

———————

GARY L. DETEMPLE,

                                        Plaintiff - Appellant,

        versus

GEORGE PAUGH, Chief of Police; PATRICK DACEY,
Officer; MARK D. PANEPINTO; MR. WEEKLEY,
Locksmith; ARTHUR MCKENZIE, Mayor of
Bethlehem; VILLAGE OF BETHLEHEM, A municipal
Corporation, West Virginia; JOSEPH ROXBY,
Officer; DWAYNE DAVIS, Individual,

                                        Defendants - Appellees,

        and

JOHN DOE, Officer,

                                                Defendant.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
District Judge. (CA-01-126-5)

———————

Submitted: March 20, 2003          Decided: March 25, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

_____

Gary L. DeTemple, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. DeTemple appeals the district court's orders accepting the recommendation of the magistrate judge to deny relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion to alter or amend the judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See DeTemple v. Paugh, No. CA-01-126-5 (N.D.W. Va. July 8, 2002; July 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED